UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 09-304 |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| MICHAEL A. FLOWERS, | ) | |
| Defendant. | ) | |

Offense charged: Felon in Possession of a Firearm

Date of Detention Hearing: July 6, 2009

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant is charged by Complaint with unlawfully possessing a Smith and Wesson revolver Model 37 pistol, having previously been convicted in the King County Superior

Court of the crimes of Extortion in the Second Degree and Theft in the First Degree.

(2) Defendant has a lengthy criminal record which includes warrant activity, failures to report, failures to comply with court orders and an active, extraditable warrant from Pierce County. Defendant does not contest detention. Defendant was not interviewed by pretrial services.

(3) Defendant poses a risk of nonappearance due to unknown or unverified background information, a history of failing to appear and to comply with court orders and active warrants. He poses a risk of danger based on extensive criminal history and a previous history of noncompliance.

(4) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose

of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this <u>6th</u> day of July, 2009.

<u>s/ Mary Alice Theiler</u>
United States Magistrate Judge